834

No. 249. McFarling et al. v. United States. C. A. 8th Cir. Certiorari denied. *Edward L. Wright* and *Robert F. Schlafly* for petitioners. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *William W. Goodrich* for the United States.

No. 251. Atlantic City Electric Co. v. United States. Court of Claims. Certiorari denied. *J. Marvin Haynes, N. Barr Miller, F. Eberhart Haynes, Oscar L. Tyree, Joseph H. Sheppard* and *Arthur H. Adams* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Joseph F. Goetten* and *Grant W. Wiprud* for the United States.

No. 254. United States ex rel. McCans v. Armour & Co. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Perry S. Patterson, Herbert J. Miller, Jr., George E. Leonard, Jr.* and *John P. Doyle* for respondent.

No. 255. Chase et al. v. United States. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *H. Clifford Allder* and *Kenneth D. Wood* for petitioners.

No. 256. Alaska Steamship Co. v. United States. Court of Claims. Certiorari denied. *J. Franklin Fort* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Alan S. Rosenthal* and *John G. Laughlin, Jr.* for the United States.